**STATE of Missouri, Plaintiff/Respondent,**

v.

**James DORTCH, Defendant/Appellant.**

No. 69288.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 15, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for Defendant/Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for Plaintiff/Respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

### *ORDER*

PER CURIAM.

Defendant, James Dortch, appeals from a judgment of conviction, after a jury trial, for attempted burglary, second degree. He was sentenced as a prior and persistent offender to a ten-year term of imprisonment.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).